**SO. CAL. EQUAL ACCESS GROUP**
Jason Yoon (SBN 306137)
John Y. Kim (SBN 225248)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
FRANCISCO GARCIA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GARCIA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SUCHA. BIRRING INC. D/B/A LUCKY 1 LIQUOR; and DOES 1 through 10,<br><br>　　　　Defendants. | **Case No.: 2:18-cv-01236-AB (ASx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff FRANCISCO GARCIA ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

　　(1)　*Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

　　　　(i)　A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

1  None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for
2  summary judgment. Accordingly, this matter may be dismissed without an Order of the
3  Court.

5  DATED: June 11, 2018           SO. CAL. EQUAL ACCESS GROUP

7                                  By:    */s/  Jason Yoon*
8                                         Jason Yoon, Esq.
                                           Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**